UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RYAN ISAIAH GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Distribution of Crack Cocaine

<u>Date of Detention Hearing</u>:    May 31, 2007

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  1.  Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER            15.13
18 U.S.C. § 3142(i)          Rev. 1/91
PAGE 1

01    dangerousness and flight risk, under 18 U.S.C. §3142(e).

02          2.       Defendant has an unstable residence history. He was unable to provide addresses

03    for his local residences, and was homeless for a year and a half.  His employment history is

04    sporadic.  His criminal history includes a residential burglary from October 2006.  His record also

05    shows multiple failures to appear for court hearings and failures to comply with court orders. In

06    his interview with Pretrial Services, the defendant complained that in the past he found the

07    reporting requirements of probation too onerous, and opted to serve jail time instead.  There are

08    some possible untreated mental health issues.  The complaint alleges the defendant's involvement

09    with firearms trafficking as well as the charged offense of distribution of crack cocaine.

10          3.       Taken as a whole, the record does not effectively rebut the presumption that no

11    condition or combination of conditions will reasonably assure the appearance of the defendant as

12    required and the safety of the community.

13    It is therefore ORDERED:

14          (1)      Defendant shall be detained pending trial and committed to the custody of the

15                   Attorney General for confinement in a correction facility separate, to the extent

16                   practicable, from persons awaiting or serving sentences or being held in custody

17                   pending appeal;

18          (2)      Defendant shall be afforded reasonable opportunity for private consultation with

19                   counsel;

20          (3)      On order of a court of the United States or on request of an attorney for the

21                   Government, the person in charge of the corrections facility in which defendant is

22                   confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                             Rev. 1/91
PAGE 2

01       an appearance in connection with a court proceeding; and

02    (4)     The clerk shall direct copies of this Order to counsel for the United States, to

03       counsel for the defendant, to the United States Marshal, and to the United States

04       Pretrial Services Officer.

05    DATED this <u>31st</u> day of May, 2007.

06

07                      Mary Alice Theiler

08                      United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                15.13
18 U.S.C. § 3142(i)                            Rev. 1/91
PAGE 3